[J-41D-2017] [OAJC]
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 86 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court at No. 2125 MDA 2014 dated July |
| | : | 14, 2015, Reconsideration Denied |
| v. | : | September 17, 2015, Vacating and |
| | : | Remanding the Judgment of Sentence |
| | : | of Schuylkill County Court of Common |
| ANGEL ANTHONY RESTO, | : | Pleas, Criminal Division, at No. CP-54- |
| | : | CR-0001840-2013 dated November 24, |
| Appellee | : | 2014. |
| | : | |
| | : | ARGUED: May 9, 2017 |

**DISSENTING OPINION**

**JUSTICE BAER**                                        **DECIDED: February 21, 2018**

I join that portion of Justice Mundy's Dissenting Opinion which holds that this Court's decision in *Commonwealth v. Wolfe*, 140 A.3d 651 (Pa. 2016), requires a conclusion that 42 Pa.C.S. § 9718(a)(3) cannot withstand constitutional scrutiny. *See Wolfe*, 140 A.3d at 663 ("Section 9718 is irremediably unconstitutional on its face, non-severable, and void.").